** ANNEXATION — BOARD OF COUNTY COMMISSIONERS — RIGHT ** DOES THE BOARD OF COUNTY COMMISSIONERS OF PUSHMATAHA COUNTY HAVE THE LEGAL RIGHT TO ANNEX SECTIONS LYING WITHIN PUSHMATAHA COUNTY TO A CLOSED STOCK DISTRICT LYING IN ANOTHER COUNTY? NEGATIVE (MULTIPLE COUNTIES, ELECTION, DOMESTIC ANIMALS, STOCK DISTRICTS) CITE: 4 O.S. 101 [4-101], 4 O.S. 102 [4-102], 4 O.S. 101 [4-101] — 4 O.S. 110 [4-110] (J. H. JOHNSON)